# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>**JAMES D. WALKER,**<br><br>　　　　　　Defendant. | 8:12CB9<br>Violation Number 2304504 NE-14<br><br>**ORDER** |

On the motion of the United States Attorney's Office (Filing No. 4), the above-referenced matter is hereby dismissed.

**ORDERED** this 23rd day of October, 2012.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Thomas D. Thalken
　　　　　　　　　　　　　　　　United States Magistrate Judge